**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COLGATE-PALMOLIVE COMPANY,<br><br>          Plaintiff,<br><br>-against-<br><br>J.M.D. ALL-STAR IMPORT AND EXPORT, INC., DYCKMAN 116, INC., BROADWAY 5601, INC., FRANKLIN 827, INC., 1508 FLATBUSH SUPERMARKET, INC., 153-21 JAMAICA SUPERMARKET, INC., 1559 WESTCHESTER SUPERMARKET, INC., 184 DYCKMAN SUPERMARKET, INC., BROADWAY 157, INC., CHURCH STREET ENTERPRISE, INC., BROADWAY 5657, INC., NICHOLAS 916, INC., 1940 NOSTRAND SUPERMARKET, INC., YONKERS 109, INC., 116TH STREET SUPERMARKET, INC., 1623 FLATBUSH AVE. ENTERPRISES CORP., 3700 NOSTRAND AVE., INC., ANITA KHANNA, GEETU KHANNA and AJAY SARIN,<br><br>          Defendants. | Case No.: 06 CV 2857 (LLS)<br>**ECF CASE**<br><br><br>**VOLUNTARY NOTICE OF DISMISSAL** |
| DYCKMAN 116, INC., BROADWAY 5601, INC., FRANKLIN 827, INC., 1508 FLATBUSH SUPERMARKET, INC., 153-21 JAMAICA SUPERMARKET, INC., 1559 WESTCHESTER SUPERMARKET, INC., 184 DYCKMAN SUPERMARKET, INC., BROADWAY 157, INC., CHURCH STREET ENTERPRISE, INC., BROADWAY 5657, INC., NICHOLAS 916, INC., 1940 NOSTRAND SUPERMARKET, INC., YONKERS 109, INC., 116TH STREET SUPERMARKET, INC., 1623 FLATBUSH AVE. ENTERPRISES CORP., 3700 NOSTRAND AVE., INC., ANITA KHANNA, GEETU KHANNA and AJAY SARIN,<br><br>          Third-Party Plaintiffs,<br><br>-against-<br><br>C & L SALES CORP., DISCOUNT VILLAGE, INC., FUTURE INTERNATIONAL TRADING, CORP., HEENA DISTRIBUTORS, LLC, LION TRADING, INC., and REGO TRADING, INC.,<br>          Third-Party Defendants. | |

NYC_416708.2

COLGATE-PALMOLIVE COMPANY,

                              Plaintiff,

-against-

C & L SALES CORP., DISCOUNT VILLAGE, INC., FUTURE INTERNATIONAL TRADING, CORP., HEENA DISTRIBUTORS, LLC, LION TRADING, INC., and REGO TRADING, INC.

                              Defendants.

## VOLUNTARY NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Colgate-Palmolive Company hereby dismisses the within action in respect of Defendants Heena Distributors, LLC and Lion Trading, Inc. without prejudice, neither of the Defendants having filed an answer to the Complaint.

Dated: December 18, 2009

By: _____

FOLEY & LARDNER, LLP

Robert S. Weisbein (RW-0080)
90 Park Avenue
New York NY 10016-1314
Phone: 212-338-3528
Facsimile: 212-687-2329
*Attorneys for Plaintiff*
COLGATE -PALMOLIVE COMPANY

NYC_416708.2