



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLGATE-PALMOLIVE COMPANY,<br><br>Plaintiff,<br><br>-against-<br><br>J.M.D. ALL-STAR IMPORT AND EXPORT, INC., DYCKMAN 116, INC., BROADWAY 5601, INC., FRANKLIN 827, INC., 1508 FLATBUSH SUPERMARKET, INC., 153-21 JAMAICA SUPERMARKET, INC., 1559 WESTCHESTER SUPERMARKET, INC., 184 DYCKMAN SUPERMARKET, INC., BROADWAY 157, INC., CHURCH STREET ENTERPRISE, INC., BROADWAY 5657, INC., NICHOLAS 916, INC., 1940 NOSTRAND SUPERMARKET, INC., YONKERS 109, INC., 116TH STREET SUPERMARKET, INC., 1623 FLATBUSH AVE. ENTERPRISES CORP., 3700 NOSTRAND AVE., INC., ANITA KHANNA, GEETU KHANNA and AJAY SARIN,<br><br>Defendants. | Case No.: 06 CV 2857 (LLS)<br><br>**ECF CASE**<br><br>**STIPULATION AND ORDER OF<br>DISMISSAL WITH PREJUDICE** |
| DYCKMAN 116, INC., BROADWAY 5601, INC., FRANKLIN 827, INC., 1508 FLATBUSH SUPERMARKET, INC., 153-21 JAMAICA SUPERMARKET, INC., 1559 WESTCHESTER SUPERMARKET, INC., 184 DYCKMAN SUPERMARKET, INC., BROADWAY 157, INC., CHURCH STREET ENTERPRISE, INC., BROADWAY 5657, INC., NICHOLAS 916, INC., 1940 NOSTRAND SUPERMARKET, INC., YONKERS 109, INC., 116TH STREET SUPERMARKET, INC., 1623 FLATBUSH AVE. ENTERPRISES CORP., 3700 NOSTRAND AVE., INC., ANITA KHANNA, GEETU KHANNA and AJAY SARIN,<br><br>Third-Party Plaintiffs,<br><br>-against-<br><br>C & L SALES CORP., DISCOUNT VILLAGE, INC., FUTURE INTERNATIONAL TRADING, CORP., HEENA DISTRIBUTORS, LLC, LION TRADING, INC., and REGO TRADING, INC.,<br><br>Third-Party Defendants. | |

NYC_668312.1

COLGATE-PALMOLIVE COMPANY,

                                                Plaintiff,

-against-

C & L SALES CORP., DISCOUNT VILLAGE, INC., FUTURE INTERNATIONAL TRADING, CORP., HEENA DISTRIBUTORS, LLC, LION TRADING, INC., and REGO TRADING, INC.

                                                Defendants.

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure by and between counsel for Third-Party Plaintiffs DYCKMAN 116, INC., BROADWAY 5601, INC., FRANKLIN 827, INC., 1508 FLATBUSH SUPERMARKET, INC., 153-21 JAMAICA SUPERMARKET, INC., 1559 WESTCHESTER SUPERMARKET, INC., 184 DYCKMAN SUPERMARKET, INC., BROADWAY 157, INC., CHURCH STREET ENTERPRISE, INC., BROADWAY 5657, INC., NICHOLAS 916, INC., 1940 NOSTRAND SUPERMARKET, INC., YONKERS 109, INC., 116TH STREET SUPERMARKET, INC., 1623 FLATBUSH AVE. ENTERPRISES CORP., 3700 NOSTRAND AVE., INC., ANITA KHANNA, GEETU KHANNA and AJAY SARIN (the "Store Defendants") and Third-Party Defendants C & L SALES CORP. and REGO TRADING, INC. (the "Vendor Defendants") that

2

NYC_668312.1

the Store Defendants' claims against the Vendor Defendants shall be and are hereby dismissed with prejudice. The Store Defendants and Vendor Defendants shall bear their own costs and attorney's fees.

Dated: New York, New York
~~November~~ , 2009
December 18, 2009

SO ORDERED

*Louis L. Stanton*
Louis L. Stanton
United States District Judge

Dated: New York, New York
November 25, 2009

OVED & OVED LLP

By: _____
Darren Oved (DO-9337)
Brian S. Tretter (BT-6037)
101 Avenue of the Americas, 15th Floor
New York, NY 10013 Phone:
212-226-2376 Email:
doved@ovedlaw.com
btretter@ovedlaw.com
*Attornyes for Third-Party Defendant*
C & L Sales Corp.

GOODMAN & SAPERSTEIN

By: _____
Stanley R. Goodman (SG-2500)
100 Garden City Plaza, Suite 412B
Garden City, NY 11530
Phone: 516-227-2100
Email: gsesq600@aol.com
*Attorneys for Third-Party Defendant*
ReGo Trading, Inc.

3

LESTER SCHWAB KATZ & DWYER, LLP

By: *[signature]*
Thomas A. Catalano (TC-1625)
120 Broadway
New York, NY 10271-0071
Phone: 212-964-6611
Email: tcatalano@lskdnylaw.com
*Attorneys for Defendants*
J.M.D. All-Star Export and Import, Inc.
and Ajay Sarin


MANCINELLI & ASSOCIATES, P.C.

By: *[signature]*
Steven Mancinelli (SM-0208)
111 John Street, Suite 800
New York, NY 10038
Phone: 212-366-1324
Email: steven@mancinelli-ip-law.com
*Attorneys for Defendants/Third-Party
Plaintiffs*
Dykaman 116, Inc., Broadway 5601, Inc.,
153-21 Jamaica Supermarket, Inc.,
Westchester Supermarket, Inc., 184
Dykman Supermarket, Inc., Broadway 157,
Inc., Church Street Enterprises, Inc.,
Broadway 5657, Inc., Nicholas 916, Inc.,
1940 Nostrand Supermarket, Inc., Yonkers
109, Inc., 116th Street Supermarket, Inc.,
1623 Flatbush Ave. Enterprises Corp.,
3700 Nostrand Ave., Inc., Anita Khanna
and Geetu Khanna

4